1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DELBERT MARSHALL GREENE,

    *Petitioner*,

vs.

WARDEN DWIGHT NEVEN, *et al.*

    *Respondents*.

2:06-cv-01009-RCJ-RJJ

ORDER

    This habeas matter comes before the Court for initial review under Rule 4 of the Rules Governing Section 2254 Cases.  The filing fee has been paid, and the Court therefore will vacate its prior show cause order regarding satisfaction of the filing fee requirement.

    Turning to initial review, Local Rule LSR 3-1 requires that a *pro se* habeas petitioner must use the Court's required petition form.  Petitioner filed on a petition form for a Section 2241 petition.  Petitioner, however, is in custody pursuant to a state court conviction.  He therefore must use the Court's Section 2254 form.

    Further, petitioner attaches an unverified memorandum in support of his petition.  He instead must set forth all of his claims, allegations and contentions within the body of the petition form itself.  He may use additional pages within the form to set forth each claim if necessary, but he nonetheless must set forth his claims entirely within the body of the verified petition.  He may not use an attached memorandum to set forth his claims, allegations and contentions.

Moreover, petitioner must attach with the petition copies of all state court written decisions and orders regarding his conviction and sentence. The materials attached with the current petition suggest that petitioner filed a state post-conviction petition on or about February 7, 2005, that the state district court denied the petition, that the Supreme Court of Nevada affirmed the denial of state post-conviction relief on or about September 16, 2005, and that petitioner moved for reconsideration in the state high court. The attachments further reflect that petitioner filed a *pro se* state petition for a writ of habeas of corpus on or about August 12, 2002, during the pendency of his criminal proceedings, in which he was represented by counsel. Petitioner has not attached written decisions or orders by the state district court or the Supreme Court of Nevada with regard to either petition. He must attach copies of all such orders, including any order denying rehearing as well as any remittitur issued by the Supreme Court of Nevada.

IT THEREFORE IS ORDERED that this Court's show cause order (#5) is VACATED following upon petitioner's payment of the filing fee.

IT FURTHER IS ORDERED that the Clerk of Court shall file the petition but shall withhold service at this time.

IT FURTHER IS ORDERED that, within thirty (30) days of entry of this order, petitioner shall file a fully verified amended petition on the Court's required Section 2254 form and shall attach copies all state court written decisions or orders regarding his conviction and sentence, including any remittiturs issued. Under Local Rule LR 15-1, any amended petition filed must be complete in itself without reference to previously filed papers. Thus, the claims and allegations that are stated in the amended petition will be the only matters remaining before the Court. Any claims or allegations that are left out of the amended petition or that are not re-alleged in the amended petition no longer will be before the Court.

IT FURTHER IS ORDERED that petitioner shall clearly title the amended petition as an amended petition by placing the word "AMENDED" immediately above "Petition for a Writ of Habeas Corpus" on page 1 in the caption and shall place the docket number, 2:06-cv-01009-RCJ-RJJ, above the word "AMENDED."

1       IT FURTHER IS ORDERED that this action may be dismissed without prejudice

2 without further advance notice if petitioner fails to fully and timely comply with this order.

3       IT FURTHER IS ORDERED that the Clerk of Court shall send petitioner two copies of

4 a Section 2254 petition form and a copy of the petition and papers that he submitted.

5       DATED this 13th day of December, 2006.

6

7

8                             _____

9                             ROBERT C. JONES
                            United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-